IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORNELIA BRISKEY, et al.,[1] ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-CV-367-WHA |
| ) | |
| SHERIFF SID LOCKHART, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 30, 2019, the Magistrate Judge entered a Recommendation (Doc. #18) to which no objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The claims presented on behalf of Dylan Beck are dismissed without prejudice as he failed to provide the court with a current address;

3. Dylan Beck is dismissed as a party in this case;

4. This case, with respect to the claims presented by Cornelia Briskey, are referred back to the Magistrate Judge assigned this case for further appropriate proceedings.

DONE this 19th day of September, 2019.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This 42 U.S.C. § 1983 civil action is before the court on the defendant's removal of this case from the Circuit Court of Chambers County, Alabama. The plaintiffs initially listed in the complaint are Roscoe Holloway, Adam Amato, Cornelia Briskey, Dylan Beck, Shontonio Battle, Terrence Holloway, Michael Crowe and Robert P. Williams. On July 29, 2019, the court entered an order that plaintiffs Amato, Battle, Crowe, T. Holloway, Williams and R. Holloway be dismissed as parties to this case due to their failure to provide the court with their current addresses. Doc. 14.