IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CORNELIA BRISKEY,[1] | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:19-CV-367-WHA |
| | ) | |
| SHERIFF SID LOCKHART, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 28, 2019, the Magistrate Judge entered a Recommendation (Doc. #26) to which no objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case be dismissed without prejudice as Cornelia Briskey, the last remaining plaintiff in this case, failed to provide the court with a current address.

A separate Final Judgment will be entered.

DONE this 19th day of November, 2019.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The plaintiffs originally listed in the complaint were Roscoe Holloway, Adam Amato, Cornelia Briskey, Dylan Beck, Shontonio Battle, Terrence Holloway, Michael Crowe and Robert P. Williams. All of the plaintiffs, with the exception Cornelia Briskey, have previously been dismissed as parties to this case due to their failure to provide the court with a correct address. Thus, this case is now before the court only on the claims presented by Cornelia Briskey.